**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROBERT C. HUDSON,

     Plaintiff,

v.                              No. 2:16-cv-00568 MCA-KRS

FNU CALVILLO, *Nurse and Director of Medical,* LCCF,
FNU BRADSHAW, *Nurse,* LCCF,
FNU HARVEY, *Sergeant,* LCCF,
FNU MENDOZA, *Lieutenant,* LCCF, and
ALBERT FUENTES,

     Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on March 30, 2018. (Doc. 42). The PFRD notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1) the Magistrate Judge's PFRD (Doc. 42) is **HEREBY ADOPTED**;

2) Defendants Harvey, Mendoza, and Fuentes' motion for summary judgment (Doc. 28) is **GRANTED** in part as set forth in the Magistrate Judge's PFRD;

3) Defendants Calvillo and Bradshaw's motion to dismiss is **GRANTED** in part as set forth in the Magistrate Judge's PFRD;

4) Plaintiff's motions to supply on going evidence (Doc. 29), for summary judgment (Doc. 37), and appointment of counsel (Doc. 41) are **DENIED** as moot; and

5) Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

_____
M. CHRISTINA ARMIJO
UNITED STATES DISTRICT JUDGE